IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**This Document Relates to All "Depakote" Cases filed in this District, Civil Case Numbers:**

12-cv-52-DRH-SCW

13-cv-910-DRH-SCW

13-cv-1005-DRH-SCW

13-cv-1031-DRH-SCW

13-cv-1032-DRH-SCW

13-cv-1034-DRH-SCW

13-cv-1038-DRH-SCW

13-cv-1040-DRH-SCW

13-cv-1041-DRH-SCW

13-cv-1043-DRH-SCW

13-cv-1050-DRH-SCW

13-cv-1306-DRH-SCW

14-cv-35-DRH-SCW

14-cv-140-DRH-SCW

<u>**AGREED ORDER APPOINTING MEDIATOR**</u>

**HERNDON, Chief Judge:**

     The Court hereby appoints John Perry of Perry Dampf Dispute Solutions, 721 Government Street, Suite 102 Baton Rouge, LA 70802 as the mediator in this case. This Order shall apply to all Depakote cases filed in the United States District Court for the Southern District of Illinois. The Court orders the parties to

meet in person at a site designated by the mediator on or before **March 31, 2014**. Among the issues to be addressed at that meeting will be the frequency and nature of subsequent meetings.

**IT IS SO ORDERED.**

Signed this 18th day of February, 2014.

Digitally signed by David R. Herndon
Date: 2014.02.18 10:41:33 -06'00'

**Chief Judge
United States District Judge**